IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PATRICIA ALBARADO; <br> ERICA BARRERA, Individually <br> and ANF of D.R., Minor, <br> MICHAEL BROWN, Individually <br> And AND of V.B., Minor, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC. <br> A.K.A. and DBA as UPS; <br> FEDEX CORPORATION <br> A.K.A. and DBA as FedEx, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 5:24-cv-00756 |

**DEFENDANT UNITED PARCEL SERVICE, INC.'S ADVISORY TO COURT REGARDING NOTICE OF REMOVAL**

COMES NOW Defendant United Parcel Service, Inc. ("UPS") and hereby files this Advisory to Court regarding its Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and 1332(a). UPS respectfully advises the Court as follows:

1. On or around May 24, 2024, Plaintiffs commenced an action in the 225th District Court, Bexar County, Texas, Case No. 2024CI11581 (the "State Court Action"). Plaintiffs did not serve UPS with the summons and Petition. Nor did Plaintiffs file a proof of service for Defendant FedEx Corporation. (*See* ECF No. 1-1 ("State Court Record").) Thus, on information and belief, neither Defendant was served prior to UPS's removal.

2.  Neither Defendant is a citizen of Texas. UPS is incorporated in Ohio and maintains its principal place of business in Georgia. FedEx Corporation is incorporated in Delaware and maintains its principal place of business in Tennessee.

3.  FedEx Corporation has consented to removal. (ECF No. 1-2.)

4.  The case was removed from Bexar County. (*See* State Court Record.)

Dated: July 15, 2024

Respectfully Submitted,

*/s/ Lauren A. Valkenaar*
Lauren A. Valkenaar
Texas State Bar No. 24088570
lvalkenaar@valkenaarlaw.com
Dylan R. Fedderman
Texas State Bar No. 24105851
dfedderman@valkenaarlaw.com
VALKENAAR PLLC
7898 Broadway, Suite 120
San Antonio, Texas 78209
Telephone: (210) 239-0321
Facsimile: (210) 634-2566

Caitlin Sinclaire Blythe
CA State Bar No. 265024
cblythe@mofo.com
MORRISON & FOERSTER LLP
425 Market St.
San Francisco, California 94105
Telephone: (415) 268-6463
Facsimile: (415) 268-7522

*Attorneys for Defendant*
*United Parcel Service, Inc.*

# CERTIFICATE OF SERVICE

On July 15, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court.

I hereby certify that that the foregoing has been served upon all parties of record in compliance with the Federal Rules of Civil Procedure on July 15, 2024:

 **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Valkenaar PLLC, 7898 Broadway, Suite 120, San Antonio, Texas 78209 in accordance with Valkenaar PLLC's ordinary business practices.

Mark A. Di Carlo
722 Elizabeth Street
Corpus Christi, TX 78404
markdicarlos722@gmail.com

*Attorney for Plaintiffs*

FedEx Corporation
c/o C T Corporation System
1999 Bryant St., Ste. 900
Dallas, TX 75201

*Defendant*

    */s/ Lauren A. Valkenaar*
    Lauren A. Valkenaar